UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-1448
_____

MICHELLE MAMMARO

v.

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY,
formerly known as DIVISION OF YOUTH & FAMILY SERVICES;
WATCHUNG POLICE DEPARTMENT; KARA P. WOOD, in her official
capacity as Director of DCP&P; ALLISON BLAKE, in her official capacity
as the Commissioner of the Department of Children and Families;
JOSEPH R. CINA, in his official capacity as Acting Chief of Police
of the Watchung Police Department; ALIREICHEN GRAZIANI,
in her individual capacity; BENJAMIN REHIG, in his individual capacity;
SUAN HACKER, in her individual capacity; REBECCA LABARRE,
in her individual capacity; KRISTA DEBROUX, in her individual capacity;
OMEGA LABOATORY INC; ANDREW HART, in his individual capacity;
SCOTT TALLMADGE, in his individual capacity; PATRICK MINNO;
JOHN DOES 3-8, POLICE OFFICERS OF WATCHUNG POLICE
DEPARTMENT, in their individual capacities

The New Jersey Division of Child Protection and Permanency;
Commissioner Allison Blake; Director Kara P. Wood;
Alireichen Graziani; Benjamin Rehig; Rebecca LaBarre;
and Krista DeBroux,

Appellants

_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 3-13-cv-06483)
District Judge: Honorable Freda L. Wolfson

_____

Argued October 7, 2015

Before: McKEE, Chief Judge, AMBRO, and HARDIMAN, Circuit Judges

(Opinion filed February 19, 2016)


**ORDER  AMENDING  PRECEDENTIAL  OPINION**

AMBRO, <u>Circuit Judge</u>

IT IS NOW ORDERED that the published Opinion in the above case filed February 19, 2016, be amended as follows:

On page 6, first full paragraph, line 8, delete the phrase "notifying any Division representative" and replace it with "Division approval" so that the sentence reads: "Without Division approval, Mammaro then moved with D.M. to a private home."


By the Court,

<u>/s/ Thomas L. Ambro, Circuit Judge</u>

Dated: March 21, 2016